IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3106 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BELTRAN-MEDINA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The government's unopposed oral motion to continue the
hearing on defendant's motion to suppress is granted, and the
hearing on defendant's motion to suppress is continued to
December 20, 2006 at 2:00 p.m.


DATED this 29th day of November, 2006.


BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge