IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3106 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BELTRAN-MEDINA, | ) | TENTATIVE FINDINGS TO |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

Objections have been made to the Presentence Investigation Report by the defendant to:

1. Identifying Data on page 3 respecting Aliases and D0B;

2. paragraphs 10, 13, 17, 18, 25, 27, 29, 32, and 51, including failure to afford to the defendant Safety-Valve relief; and

3. failure to give a two-level decrease for mitigating role under § 3B1.2 and a three-level decrease under § 2D1.1(a)(3).

An opportunity for presentation of evidence regarding these objections will be afforded the parties at the time of the sentencing hearing. A decision with respect to the objections will be made at the conclusion of that evidence.

Dated May 24, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge