IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3106 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BELTRAN-MEDINA, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

For the reasons expressed in a conference call today and with no objection from defendant's counsel,

IT IS ORDERED that:

1. the oral motion to continue the sentencing hearing is granted;

2. the sentencing hearing shall commence at 2:00 p.m. on June 26, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present at the hearing.

Dated June 4, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge