IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3106 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BELTRAN-MEDINA, | ) | ORDER RESCHEDULING EVIDENTIARY |
| | ) | AND SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

     IT IS ORDERED that the evidentiary and sentencing hearing for the defendant Jose Beltran-Medina is rescheduled and shall commence at 2:00 p.m. on July 17, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for this hearing.

     Dated June 18, 2007.

               BY THE COURT

               s/  Warren K. Urbom
               United States Senior District Judge