IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3106 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BELTRAN-MEDINA, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

During a telephone conference with chambers, Assistant United States Attorney, Bruce W. Gillan, orally moved to continue the evidentiary and sentencing hearings for the defendant from July 17, 2007, to August 1, 2007. Counsel for the defendant expressed no opposition to the continuance.

IT THEREFORE IS ORDERED that:

1. the oral motion to continue evidentiary and sentencing hearings is granted;

2. the evidentiary and sentencing hearings are continued to August 1, 2007, at 2:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated July 5, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge